FILED BY _____ *cas* ___D.C.

2005 SEP 14   AM 10:39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

SHELIA UPSHAW,

      Plaintiff,

v.                                No. 05-2653-B

AMERICAN INTERNATIONAL
GROUP, INC., et al.

      Defendants

---

### ORDER OF RECUSAL

---

      The undersigned hereby recuses himself from all proceedings in the above-captioned case.

The clerk is directed to take the appropriate action to reassign this case.

      IT IS SO ORDERED.

                                 _____

                                 J. DANIEL BREEN
                                 UNITED STATES DISTRICT JUDGE

                    DATE:   7/14/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-14-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02653 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

T. Louis Coppedge
MAYNARD COOPER & GALE
1901 Sixth Ave., N.
Ste. 2400
Birmingham, AL 35203--260

Patrick Ryan Beckett
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225--256

Clinton C. Carter
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC
272 Commerce St.
P.O. Box 4160
Montgomery, AL 36103--416

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT