IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 NOV 22 PM 4: 16

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| SHELIA UPSHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMERICAN INTERNATIONAL GROUP, INC.; ) | |
| AMERICAN GENERAL CORPORATION; ) | |
| AMERICAN GENERAL FINANCE, INC.; ) | Civil Action No. 05-2653 Ma V |
| AMERICAN GENERAL FINANCIAL SERVICES, INC.; ) | |
| MERIT LIFE INSURANCE COMPANY; ) | |
| YOSEMITE INSURANCE COMPANY; ) | |
| LISA SEAWRIGHT; and Fictitious Defendants "A", "B", ) | |
| and "C", whether singular or plural, those other persons, ) | |
| corporations, firms, or other entities whose wrongful ) | |
| conduct caused the injuries and damages to the Plaintiff, ) | |
| all of whose true and correct names are unknown to ) | |
| Plaintiff at this time, but will be substituted ) | |
| by amendment when ascertained, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

Pursuant to the Rule 26(f) Report of the Parties Planning Meeting which has been jointly submitted by the parties in this case, the following dates are established as the final dates for:

Initial Disclosures:            Thursday, November 17, 2005

Joining Parties:                Friday, December 30, 2005

Amending Pleadings:             Friday, December 30, 2006

Initial Motions to Dismiss:     Friday, January 27, 2006

Completing all Document Discovery:   Friday, March 17, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-25-05

16

| | |
|---|---|
| Completing All Fact Discovery: | Friday, May 12, 2006 |
| Expert Witness Disclosures: | |
|     Plaintiff's Expert Designation: | Friday, May 19, 2006 |
|     Plaintiff's Expert Report and Disclosures: | Friday, June 2, 2006 |
|     Defendants' Expert Designation: | Friday, June 23, 2006 |
|     Defendants' Expert Report and Disclosures: | Friday, July 14, 2006 |
| Close of Expert Discovery: | Friday, August 18, 2006 |
| Dispositive Motions: | Friday, September 22, 2006 |

**Other Relevant Matters:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, request for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a non-jury trial. The pretrial order date, pretrial conference date and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately five (5) days.

The parties do not anticipate that this case will settle.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties will respectfully decline the opportunity to have the remainder of this matter tried by the magistrate.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

It is so ORDERED this _22nd_ day of November, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02653 was distributed by fax, mail, or direct printing on November 25, 2005 to the parties listed.

---

Patrick Ryan Beckett
BUTTER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225--256

Clinton C. Carter
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC
272 Commerce St.
P.O. Box 4160
Montgomery, AL 36103--416

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

T. Louis Coppedge
MAYNARD COOPER & GALE
1901 Sixth Ave., N.
Ste. 2400
Birmingham, AL 35203--260

Honorable Samuel Mays
US DISTRICT COURT